**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

MUSTAFA AFARI,

Plaintiff,

v.

CHRISTOPHER PIPER, AARON BOUDREZ, TODD BAXTER, COUNTY OF MONROE, and "RICHARD ROE" SHERIFF'S DEPUTIES 1-10 and other unidentified members of the Monroe County Sheriff's Office,

Defendants.

Case No.: 26-cv-6689

**ANSWER**

Defendants, Christopher Piper, Aaron Boudrez, Todd Baxter, County of Monroe, and "Richard Roe" Sheriff Deputies 1-10 and other unidentified members of the Monroe County Sheriff's Office, hereby answer Plaintiff's Complaint as follows:

1. Paragraph 1 of the Complaint states a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 1 of the Complaint.

2. Defendants deny the allegations contained within Paragraph 2 of the Complaint.

3. Defendants deny the allegations contained within Paragraph 3 of the Complaint.

4. Defendants deny the allegations contained within Paragraph 4 of the Complaint.

5. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint.

6. Defendants deny the allegations contained within Paragraph 6 of the Complaint.

7. Defendants deny the allegations contained within Paragraph 7 of the Complaint.

8. Defendants deny the allegations contained within Paragraph 8 of the Complaint.

9. Paragraph 9 of the Complaint states a legal conclusion to which no response is required.

10. Paragraph 10 of the Complaint states a legal conclusion to which no response is required.

11. Defendants admit the allegations contained within Paragraph 11 of the Complaint.

12. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13. Defendants admit the allegations contained within Paragraph 13 of the Complaint.

14. Defendants admit the allegations contained within Paragraph 14 of the Complaint.

15. Defendants admit the allegations contained within Paragraph 15 of the Complaint.

16. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint.

18. Defendants admit the allegations contained within Paragraph 18 of the Complaint.

19. Defendants admit the allegations contained within Paragraph 19 of the Complaint.

20. Defendants admit the allegations in Paragraph 20 of the Complaint with regard to Todd Baxter being the duly elected Sheriff of the County of Monroe but aver that the remainder of the allegations state legal conclusions to which no response is required.

21. Defendants admit the allegations in Paragraph 21 of the Complaint with regard to the County of Monroe being a municipal corporation but aver that the remainder of the allegations state legal conclusions to which no response is required.

22. Defendants deny the allegations contained within Paragraph 22 of the Complaint.

23. Defendants admit the allegations contained within Paragraph 23 of the Complaint.

24. Defendants admit the allegations contained within Paragraph 24 of the Complaint.

25. Defendants admit the allegations contained within Paragraph 25 of the Complaint.

26. Defendants deny the allegations contained within Paragraph 26 of the Complaint.

27. Defendants admit the allegations contained within Paragraph 27 of the Complaint.

28. Defendants deny the allegations contained within Paragraph 28 of the Complaint.

29. Defendants deny the allegations contained within Paragraph 29 of the Complaint.

30. Defendants deny the allegations contained within Paragraph 30 of the Complaint.

31. Defendants deny the allegations contained within Paragraph 31 of the Complaint.

32. Defendants deny the allegations contained within Paragraph 32 of the Complaint.

33. Defendants deny the allegations contained within Paragraph 33 of the Complaint.

34. Defendants deny the allegations contained within Paragraph 34 of the Complaint.

35. Defendants deny the allegations contained within Paragraph 35 of the Complaint.

36. Defendants deny the allegations contained within Paragraph 36 of the Complaint.

37. Defendants deny the allegations contained within Paragraph 37 of the Complaint.

38. Defendants deny the allegations contained within Paragraph 38 of the Complaint.

39. Defendants deny the allegations contained within Paragraph 39 of the Complaint.

40. Defendants deny the allegations contained within Paragraph 40 of the Complaint.

41. Defendants deny the allegations contained within Paragraph 41 of the Complaint.

42. Defendants deny the allegations contained within Paragraph 42 of the Complaint.

43. Defendants deny the allegations contained within Paragraph 43 of the Complaint.

44. Defendants deny the allegations contained within Paragraph 44 of the Complaint.

45. Defendants deny the allegations contained within Paragraph 45 of the Complaint.

46. Defendants deny the allegations contained within Paragraph 46 of the Complaint.

47. Defendants deny the allegations contained within Paragraph 47 of the Complaint.

48. Defendants deny the allegations contained within Paragraph 48 of the Complaint.

49. Defendants deny the allegations contained within Paragraph 49 of the Complaint.

50. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint.

51. Defendants admit the allegations contained within Paragraph 51 of the Complaint.

52. Defendants admit the allegations contained within Paragraph 52 of the Complaint.

53. Defendants deny the allegations contained within Paragraph 53 of the Complaint.

54. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint.

55. Defendants deny the allegations contained within Paragraph 55 of the Complaint.

56. Defendants deny the allegations contained within Paragraph 56 of the Complaint.

57. Paragraph 57 of the Complaint states a legal conclusion to which no response is required.

58. Paragraph 58 of the Complaint states a legal conclusion to which no response is required.

59. Paragraph 59 of the Complaint states a legal conclusion to which no response is required.

60. Defendants deny the allegations contained within Paragraph 60 of the Complaint.

61. Defendants deny the allegations contained within Paragraph 61 of the Complaint.

62. Paragraph 62 of the Complaint states a legal conclusion to which no response is required.

63. Defendants admit the allegations contained within Paragraph 63 of the Complaint.

64. Defendants deny the allegations contained within Paragraph 64 of the Complaint.

65. Defendants deny the allegations contained within Paragraph 65 of the Complaint.

66. Defendants deny the allegations contained within Paragraph 66 of the Complaint.

67. Defendants deny the allegations contained within Paragraph 67 of the Complaint.

68. Defendants deny the allegations contained within Paragraph 68 of the Complaint.

69. Defendants deny the allegations contained within Paragraph 69 of the Complaint.

70. Paragraph 70 of the Complaint states a legal conclusion to which no response is required.

71. Defendants deny the allegations contained within Paragraph 71 of the Complaint.

72. Defendants deny the allegations contained within Paragraph 72 of the Complaint.

73. Defendants deny the allegations contained within Paragraph 73 of the Complaint.

74. Defendants deny the allegations contained within Paragraph 74 of the Complaint.

75. Defendants deny the allegations contained within Paragraph 75 of the Complaint.

76. Defendants deny the allegations contained within Paragraph 76 of the Complaint.

77. Defendants deny the allegations contained within Paragraph 77 of the Complaint.

78. Defendants deny the allegations contained within Paragraph 78 of the Complaint.

79. Defendants deny the allegations contained within Paragraph 79 of the Complaint.

80. Defendants deny the allegations contained within Paragraph 80 of the Complaint.

81. In response to Paragraph 81 of the Complaint, Defendants repeat and reallege its responses to the allegations incorporated by reference in Paragraph 81 of the Complaint.

82. Defendants deny the allegations contained within Paragraph 82 of the Complaint.

83. Defendants deny the allegations contained within Paragraph 83 of the Complaint.

84. Defendants deny the allegations contained within Paragraph 84 of the Complaint.

85. Defendants deny the allegations contained within Paragraph 85 of the Complaint.

86. Paragraph 86 of the Complaint states a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 86 of the Complaint.

87. Defendants deny the allegations contained within Paragraph 87 of the Complaint.

88. Defendants deny the allegations contained within Paragraph 88 of the Complaint.

89. In response to Paragraph 89 of the Complaint, Defendants repeat and reallege its responses to the allegations incorporated by reference in Paragraph 89 of the Complaint.

90. Paragraph 90 of the Complaint states a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 90 of the Complaint.

91. Defendants deny the allegations contained within Paragraph 91 of the Complaint.

92. Defendants deny the allegations contained within Paragraph 92 of the Complaint.

93. Defendants deny the allegations contained within Paragraph 93 of the Complaint.

94. Defendants deny the allegations contained within Paragraph 94 of the Complaint.

95. Defendants deny the allegations contained within Paragraph 95 of the Complaint.

96. Defendants deny the allegations contained within Paragraph 96 of the Complaint.

97. In response to Paragraph 97 of the Complaint, Defendants repeat and reallege its responses to the allegations incorporated by reference in Paragraph 97 of the Complaint.

98. Defendants deny the allegations contained within Paragraph 98 of the Complaint.

99. Defendants deny the allegations contained within Paragraph 99 of the Complaint.

100. Defendants deny the allegations contained within Paragraph 100 of the Complaint.

101. Defendants deny the allegations contained within Paragraph 101 of the Complaint.

102. Defendants deny the allegations contained within Paragraph 102 of the Complaint.

103. In response to Paragraph 103 of the Complaint, Defendants repeat and reallege its responses to the allegations incorporated by reference in Paragraph 103 of the Complaint.

104. Defendants deny the allegations contained within Paragraph 104 of the Complaint.

105. Defendants deny the allegations contained within Paragraph 105 of the Complaint.

106. Defendants deny the allegations contained within Paragraph 106 of the Complaint.

107. Defendants deny the allegations contained within Paragraph 107 of the Complaint.

108. Defendants deny the allegations contained within Paragraph 108 of the Complaint.

109. Defendants deny the allegations contained within Paragraph 109 of the Complaint.

110. In response to Paragraph 110 of the Complaint, Defendants repeat and reallege its responses to the allegations incorporated by reference in Paragraph 110 of the Complaint.

111. Defendants deny the allegations contained within Paragraph 111 of the Complaint.

112. Defendants deny the allegations contained within Paragraph 112 of the Complaint.

113. Defendants deny the allegations contained within Paragraph 113 of the Complaint.

114. Defendants deny the allegations contained within Paragraph 114 of the Complaint.

115. Defendants deny the allegations contained within Paragraph 115 of the Complaint.

116. In response to Paragraph 116 of the Complaint, Defendants repeat and reallege its responses to the allegations incorporated by reference in Paragraph 116 of the Complaint.

117. Defendants deny the allegations contained within Paragraph 117 of the Complaint.

118. Defendants deny the allegations contained within Paragraph 118 of the Complaint.

119. Defendants deny the allegations contained within Paragraph 119 of the Complaint.

120. Paragraph 120 of the Complaint states a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 120 of the Complaint.

121. Defendants deny the allegations contained within Paragraph 121 of the Complaint.

122. Defendants join in Plaintiff's prayer for relief at paragraph a.

123. Defendants deny Plaintiff's prayers for relief at paragraphs b through e.

**PLEASE TAKE NOTICE** that Defendants deny each and every other allegation contained in Plaintiff's Complaint not specifically otherwise admitted, denied, or otherwise addressed herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

124. The defendants have governmental function immunity from liability.

### SECOND AFFIRMATIVE DEFENSE

125. Plaintiff's culpable conduct, contributory negligence, and/or assumption of risk caused the damages alleged in the Complaint. That if the plaintiff is entitled to recover damages as alleged in the Complaint, the amount of damages otherwise recoverable shall be diminished in the proportion which the culpable conduct attributable to the plaintiff bears to the culpable conduct which caused the damages.

### THIRD AFFIRMATIVE DEFENSE

126. The arrest was based on probable cause and all force used was lawful and in good faith.

## FOURTH AFFIRMATIVE DEFENSE

127. In the event of judgment against the County Defendants, the County Defendants will rely upon provisions of Article 16 of the CPLR to limit the County Defendants' liability for non-economic loss to the amount of the equitable share thereof.

## FIFTH AFFIRMATIVE DEFENSE

128. That in the event that the plaintiff recovers an award then the provisions of CPLR Section 4545 will apply, and Defendants will claim an offset for any amounts which plaintiff will with reasonable certainty receive from collateral sources as provided in said section.

## SIXTH AFFIRMATIVE DEFENSE

129. The complaint fails to state a cause of action as against Defendants, including but not limited to because its alleged that the deputies were acting within their scope of employment and this precludes any action for negligent training or supervision and because propensity is not adequately alleged.

## SEVENTH AFFIRMATIVE DEFENSE

130. Defendants had qualified immunity for their actions.

## EIGHTH AFFIRMATIVE DEFENSE

131. Punitive damages cannot be obtained against Defendants in their official capacities.

## NINTH AFFIRMATIVE DEFENSE

132. Plaintiff has failed to mitigate his damages.

## TENTH AFFIRMATIVE DEFENSE

133. Defendants did not authorize, condone, permit or ratify any improper or malicious conduct of any person, or adopt any policy condoning such conduct.

**WHEREFORE**, the Defendants demand:

A. A trial by jury;

B. Judgment dismissing Plaintiff's complaint and all of its counts and claims, together with costs and disbursements;

C. Additionally, and/or in the alternative, demands that any judgment recovered by the plaintiff be diminished in the proportion in which the culpable conduct of the plaintiff bears to the culpable conduct which caused the plaintiff's damages;

D. Such other and further relief as this Court may deem just and proper.

MATTHEW SCHWARTZ, ESQ.
COUNTY ATTORNEY

Dated: August 10, 2026

Daniel S. Galan, Esq., of Counsel
Deputy County Attorney
39 West Main Street
Rochester, New York 14614
Telephone: (585) 753-1495
DanielGalan@monroecounty.gov

*Attorneys for Defendants*

To: All counsel of record

*Via CM/ECF*